1
2
3
4
5
6
7
8
9
10
11
12
13
14

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

5:24MJ00067

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CECIL SEGALO, AKA<br>CESAR AMILCAR SALGADO ORTIZ<br><br>　　　　Defendant. | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

　　On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

　　The court finds no condition or combination of conditions that will reasonably assure:

　　(A)　(✓)　the appearance of defendant as required; and/or

　　(B)　(✓)　the safety of any person or the community.

//
//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

- CRIMINAL HISTORY

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

- UNKNOWN BAIL RESOURCES
- UNKNOWN BACKGROUND
- HISTORY OF REMOVAL
- ASSOCIATED WITH MULTIPLE PERSONAL IDENTIFIERS.

IT IS ORDERED that defendant be detained.

DATED: 2/22/24

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE